IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TIM DAVIS and NIKLAUS RYKER SCHLEUFER, individually and on behalf of all others similarly situated,<br>    Plaintiffs<br><br>v.<br><br>CHARTER FOODS, INC., CHARTER CENTRAL, LLC and CHARTER FOODS NORTH, LLC,<br>    Defendants | Civil Action No. 2:20-cv-159<br>District Judge Charles E. Atchley, Jr.<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING SETTLEMENT

Plaintiffs and Defendants (collectively, the "Parties") submit this joint notice to advise the Court that a settlement in principle has been reached to resolve the claims at issue in this action and a settlement agreement is being prepared. The Parties respectfully request that all current deadlines be held in abeyance and the Court set a schedule for preliminary and final approval of this settlement. The Parties appreciate the Court's consideration.

Respectfully submitted this 18th day of July, 2024.

*s/ George A. Hanson*
George A. Hanson, Esquire
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Fax: (816) 714-7101
hanson@stuevesiegel.com

*s/ Derrek W. Cummings*
Derrek W. Cummings, Esquire
**Weisberg Cummings, P.C.**
2704 Commerce Drive, Suite B
Harrisburg, PA 17110-9380
Telephone: (717) 238-5707
Fax: (717) 233-8133
dcummings@weisbergcummings.com

*s/ Jennifer B. Morton*
Jennifer B. Morton, Esquire
**Jennifer Morton Law, PLLC**
8217 Pickens Gap Road
Knoxville, TN 37920
Telephone: (865) 909-0395
Fax: (865) 579-0787
jen@jmortonlaw.com

*Attorneys for Plaintiffs and the AM Collective/Class*

*s/ Matthew McCullough (w/ permission)*
Matthew W. McCullough (PA 46950)
Jamie R. Schumacher (PA 318873
**MacDONALD, ILLIG, JONES & BRITTON LLP**
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Telephone: (814) 870-7602
Fax: (814) 454-4647
mmccullough@mijb.com
jschumacher@mijb.com

*s/ J. Keith Coates, Jr.*
J. Keith Coates, Jr., Esquire
**Woolf, McClane, Bright, Allen & Carpenter, PLLC**
P.O. Box 900
Knoxville, TN 37901
Telephone: (865) 215-1054
Fax: (865) 215-1015
kcoates@wmbac.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on July 18, 2024, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

*s/ George A. Hanson*
George A. Hanson
