IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TIM DAVIS and NIKLAUS RYKER SCHLEUFER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER FOODS, INC., CHARTER CENTRAL, LLC, and CHARTER FOODS NORTH, LLC<br><br>Defendants. | Case No.: 2:20-cv-159 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully submit this motion for final approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by Defendants.

In support of this motion, Plaintiffs submits a Memorandum of Law, which includes the Declaration of Shari Lynne Grayson of Analytics Consulting LLC, the Settlement Administrator, along with a Proposed Order Granting Final Approval of Class Action Settlement. Plaintiffs have previously submitted a Motion for Attorneys' Fees, Expenses, and Service Award and supporting Memorandum of Law, which is currently before the Court.

For the reasons further described in the accompanying Memorandum, the Court should grant Plaintiffs' motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve the service award as requested. Additionally, in its Preliminary Approval Order the Court set the Final Approval Hearing for December 17, 2024, at 2:00 p.m. E.T. at the courthouse for U.S. District Court for the Eastern District of Tennessee, located at 220 West Depot Street, Greeneville, Tennessee. Doc. 112, ¶ 12. Because no class

member has objected to the settlement, Plaintiff requests that the hearing to a remote proceeding for the convenience of the parties.

Dated: December 3, 2024

Respectfully submitted,

**JENNIFER MORTON LAW, PLLC**
Jennifer B. Morton, BPR #015585
8217 Pickens Gap Road
Knoxville, TN 37920
Tel: (865) 579 0708
Fax: (865) 579-0787
jen@jmortonlaw.com

**WEISBERG CUMMINGS, P.C.**
Derrek W. Cummings, PA. 83286
dcummings@weisbergcummings.com
Larry A. Weisberg, PA 83410
2704 Commerce Drive, Suite B
Harrisburg, PA 17110-9380
Tel.: (717) 238-5707
Fax: (717) 233-8133
dcummings@weisbergcummings.com
lweisberg@weisbergcummings.com

**STUEVE SIEGEL HANSON LLP**
*/s/ George A. Hanson*
George A. Hanson, MO. 43450
Alexander T. Ricke, MO. 65132
460 Nichols Rd, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2024 the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

*/s/ George A. Hanson*
Counsel for Plaintiff