UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TIM DAVIS, *et al.*, | ) |
|     *Plaintiffs*, | ) |
| | ) Case No. 2:20-cv-159 |
| v. | ) |
| | ) Judge Atchley |
| CHARTER FOODS, INC., *et al.*, | ) Magistrate Judge Wyrick |
|     *Defendants*. | ) |

## ORDER

Plaintiffs have requested that the Final Approval Hearing currently set to be heard on December 17, 2024, at 2:00 p.m. E.T. at the United States Courthouse located at 220 West Depot Street, Greeneville, Tennessee, be transitioned to a remote proceeding as no class member has objected to the settlement. [Doc. 116]. Given, however, that the Notice issued to class members informed them that the Final Approval Hearing would be held in person [Doc. 117-1 at 18] and the Court's determination that an in-person proceeding would better allow class members to exercise their right to participate in the hearing, this request is denied. The Final Approval Hearing **SHALL** proceed as currently set. It will be held on December 17, 2024, at 2:00 p.m. E.T. at the United States Courthouse at 220 West Depot Street, Greeneville, Tennessee.

SO ORDERED.

                                                  */s/ Charles E. Atchley, Jr.*
                                                  **CHARLES E. ATCHLEY, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**